UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 06-12302-GAO

SUNOCO, INC. (R&M),
Plaintiff,

v.

GREAT ROAD AUTO, INC., FRANCIS KARAM, Alias, NADIA KARAM, Alias, RAMI KARAM, Alias, JW SERVICE CENTER, INC., JAMES J. WALTON, Alias, NANCY S. WALTON, Alias, JOHN DOE, Alias, J & J REALTY TRUST, by and through Yacoub Fadel and Azize Fadel, YACOUB FADEL, Alias, individually and as Trustee of the J & J Realty Trust, and AZIZE FADEL, Alias, individually and as Trustee of the J & J Realty Trust,
Defendants.

ORDER
February 23, 2012

O'TOOLE, D.J.

The plaintiff, Sunoco, Inc., has filed as to Rami Karam a motion for summary judgment to hold Karam liable for Sunoco's damages and to enter judgment in Sunoco's favor in the amount of (i) $146,042.67 with prejudgment interest at the rate of 12% per annum from November 31, 2005 until February 24, 2012 and (ii) $48,820.26 in costs and attorneys fees. The plaintiff's motion is unopposed. The plaintiff's motion (dkt. no. 166) for summary judgment is GRANTED. Judgment shall enter accordingly.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge